SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
DEONDRE RAGLIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CARLOS ALEJANDRO GONZALEZ JR D/B/A EL TAPATIO TIRES AND AUTO REPAIR; THINH DUC HOANG, AS TRUSTEEE OF THE THINH DUC HOANG AND MY KIM PHAM REVOCABLE TRUST; and DOES 1 to 10,<br><br>        Defendants. | Case No.: 5:26-cv-00327-SSS-ASx<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CARLOS ALEJANDRO GONZALEZ JR D/B/A EL TAPATIO TIRES AND AUTO REPAIR** |

**PLEASE TAKE NOTICE** that Plaintiff DEONDRE RAGLIN ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant CARLOS ALEJANDRO GONZALEZ JR D/B/A EL TAPATIO TIRES AND AUTO REPAIR ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

//
//

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: March 10, 2026          SO. CAL. EQUAL ACCESS GROUP

By:   /s/ *Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff